UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19cr4770-WQH |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| HARRY RUDOLPH (4), | |
| Defendant. | |

WHEREAS, in the Superseding Information the United States sought forfeiture of all right, title and interest in specific properties of Defendant HARRY RUDOLPH (4) ("Defendant"), pursuant to Title 21, United States Code, Section 853, as properties constituting, or derived from, proceeds Defendant obtained directly or indirectly, as the result of the violations, as well as any properties used or intended to be used to facilitate the commission of the violation of Title 21, United States, Sections 841(a) and 846, as charged in the Superseding Information; and

WHEREAS, on or about December 1, 2020, Defendant pled guilty before Magistrate Judge Linda Lopez to Count 2 of the Superseding Information, which plea included consents to the forfeiture allegations of the Superseding Information, including forfeiture of the $819,490.00 in U.S. Currency which Defendant admitted represented proceeds he personally received from the offense; and

//

WHEREAS, on December 21, 2020, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited property and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced property which is hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following asset, and all right, title and interest of Defendant HARRY RUDOLPH (4) in the $819,490.00 in U.S. Currency is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The aforementioned forfeited asset is to be held by the United States Marshals Service in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court

1  may determine any petition without the need for further hearings upon the receipt of
2  the Government's response to any petition.  The Court may enter an amended order
3  without further notice to the parties.

4      4.    Pursuant to the Attorney General's authority under Section 853(n)(1) of
5  Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the
6  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,
7  the United States forthwith shall publish for thirty (30) consecutive days on the
8  Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of
9  the United States' intent to dispose of the property in such manner as the Attorney
10 General may direct, and notice that any person, other than the Defendant, having or
11 claiming a legal interest in the above-listed forfeited property must file a petition with
12 the Court within thirty (30) days of the final publication of notice or of receipt of
13 actual notice, whichever is earlier.

14     5.    This notice shall state that the petition shall be for a hearing to
15 adjudicate the validity of the petitioner's alleged interest in the property, shall be
16 signed by the petitioner under penalty of perjury, and shall set forth the nature and
17 extent of the petitioner's right, title or interest in the forfeited property and any
18 additional facts supporting the petitioner's claim and the relief sought.

19     6.    The United States shall also, to the extent practicable, provide direct
20 written notice to any person known to have alleged an interest in the property that is
21 the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for
22 published notice as to those persons so notified.

23     7.    Upon adjudication of all third-party interests, this Court will enter an
24 Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the
25 aforementioned asset, in which all interests will be addressed.
26 //
27 //
28 //

8.   Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

Dated:  August 8, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court